**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wire Company Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**45-2856535** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**500 E. Middle Street**<br>**Hanover, PA 17331**  ZIP CODE **17331-2027** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**    **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

------------------------------------------------------
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)**                                                                                                                                                                                                                            **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Wire Company Holdings, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **Wire Property Holdings, LLC** | Case Number: | Date Filed: |
| District: **Filed contemporaneously herewith** | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wire Company Holdings, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  */s/ Christopher A. Ward*<br>Signature of Attorney for Debtor(s)<br>**Christopher A. Ward (DE Bar No. 3877)**<br>Printed Name of Attorney for Debtor(s)<br>**Polsinelli PC**<br>Firm Name<br>**222 Delaware Avenue, Suite 1101**<br>**Wilmington, Delaware 19801**<br>Address<br><br>**Telephone 302-252-0920 Facsimile 302-252-0921**<br>Telephone Number<br><br>**October 8, 2015**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X *[signature]*<br>Signature of Authorized Individual<br>**Sandeep Gupta**<br>Printed Name of Authorized Individual<br>**Chief Restructuring Officer**<br>Title of Authorized Individual<br>**October 8, 2015**<br>Date | |

**RESOLUTIONS OF THE BOARD OF DIRECTORS OF
WIRE COMPANY HOLDINGS, INC.**

Dated as of October 7, 2015

The board of directors (the "Board") of Wire Company Holdings, Inc., a Delaware corporation (the "Company"), hereby acting at a special meeting of the board of directors of the Company, duly called and held today, adopted the following resolutions (the "Resolutions"), which have not been modified or rescinded and remain in full force and effect as of this date:

WHEREAS, the Board reviewed and considered the liabilities and liquidity of the Company, the strategic alternatives available to it and its affiliates, and the impact of the foregoing on the Company's business;

WHEREAS, the Board had the opportunity to consult with the management and the professional advisors to the Company and fully consider the strategic alternatives available to the Company; and

WHEREAS, the Board deems it advisable and in the best interest of the Company and its creditors, interest holders, and other parties in interest, to consent to and adopt, in the name and on behalf of the Company, the resolutions set forth below.

NOW, THEREFORE, BE IT:

RESOLVED, that the officers of the Company, in view of its financial condition be and is hereby authorized and designated by the Board, acting alone or with one or more other officers of the Company (individually, each an "Authorized Officer" and collectively, the "Authorized Officers"), to file a petition pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and retain the services of the law firm of Lowenstein Sandler LLP for the purposes of preparing, filing, and prosecuting a petition and case under chapter 11 of the Bankruptcy Code and to take all steps necessary and related thereto, including, without limitation, hiring other professionals, obtaining financing, selling assets, downsizing and restructuring its business operations and capital structure, and to execute the petition and case and any other pleadings or documents they and counsel deem necessary in connection with the chapter 11 case of the Company; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed and approved in all respects.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned hereby certifies on behalf of the Company, and not in his individual capacity, that at a meeting of the Board held today, the above resolutions were duly adopted.

By: _____
Name: Harold Thiessen
Title: Director

## United States Bankruptcy Court
### District of Delaware

In re  **Wire Company Holdings, Inc.**                    ,                Case No. _____

　　　　　　　　　　　　　　　　Debtor

Chapter　　　　**11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wire Mesh Holdings, Inc.**<br>**500 E. Middle Street**<br>**Hanover, PA 17331** | | | **100% Outstanding Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　　**October 8, 2015**　　　　　　　　　　Signature　**/s/ Sandeep Gupta**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Sandeep Gupta**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**　 continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Delaware

In re    **Wire Company Holdings, Inc.**                                   Case No.
                                                  Debtor(s)                Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wire Company Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wire Mesh Holdings, Inc.**
**500 E. Middle Street**
**Hanover, PA 17331**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 8, 2015** | **/s/ Christopher A. Ward (DE Bar No.** |
| Date | **Christopher A. Ward (DE Bar No. 3877)** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Wire Company Holdings, Inc.** |
| | **Polsinelli PC** |
| | **222 Delaware Avenue, Suite 1101** |
| | **Wilmington, DE 19801** |
| | **302-252-0920 Fax:302-252-0921** |
| | **cward@polsinelli.com** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Delaware

In re  **Wire Company Holdings, Inc.**                              Case No.   **15-**
                              Debtor(s)                              Chapter    **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| General Cable Industries Inc. | General Cable Industries Inc.<br>4 Tessener Drive<br>Highland Heights, KY  41076<br>cjasmin@generalcable.com<br>859-572-8000 | Raw Material | | $522,006 |
| PPG Industrial | PPG Industrial<br>10800 S. 13th Street<br>Oak Creek, WI  53154<br>mpalmer@ppg.com<br>800-338-8391 | Raw Material | | $377,689 |
| Healthassurance PA, Inc. | Healthassurance PA, Inc.<br>P.O. Box 6506<br>Carol Stream, IL  60197-6506<br>jenders@CVTY.COM<br>717-541-5723 | Health Insurance | | $142,227 |
| Ivaco Rolling Mills | Ivaco Rolling Mills<br>1040 Country Road 17<br> PO Box 322<br>Ontario, Canada K0B 1K0<br>dparisien@ivacorm.com<br>613-675-4671 | Raw Material | | $142,574 |
| Akzo Nobel Coatings | Akzo Nobel Coatings<br>20 Culvert Street<br>Nashville, TN  37210<br>brenda.james@akzonobel.com<br>615-259-2430 | Raw Material | | $134,407 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Wire Company Holdings, Inc.**                    Case No.  **15-**
                        Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Expeditors International | Expeditors International<br>510 McCormick Drive Suites K-N<br>Glen Burnie, MD   21061<br>rob.hutchins@expeditors.com<br>414-768-6627 | International Freight Forwarder | | $94,127 |
| UGI Energy<br>dba UGI Energy Link | UGI Energy<br>dba UGI Energy Link<br>One Meridian Blvd., Suite 2c01<br>Wyomissing, PA   19610<br>gschasf@ugies.com<br>800-427-8545 | Gas and Electricity | | $87,032 |
| Gerdau Long Steel North America | Gerdau Long Steel North America<br>4221 W. Boy Scout Boulevard<br>Tampa, FL   33607<br>joshua.levine@gerdau.com<br>800-637-8144 | Raw Material | | $76,985 |
| PPL EnergyPlus | PPL EnergyPlus<br>2 North 9th Street<br>Allentown, PA   18101<br>customercare@pplweb.com<br>888-289-7693 | Electricity | | $74,506 |
| Delta Packaging Inc. | Delta Packaging Inc.<br>PO Box 3601<br>York, PA   17402-0601<br>jvarner@delta.com<br>717-840-9333 | Packaging | | $74,142 |
| Alcoa Inc. | Alcoa Inc.<br>North American Primary Division<br>900 South Gay Street<br>Knoxville, TN   37902<br>greg.herroux@alcoa.com<br>865-594-4895 | Raw Material | | $49,674 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Wire Company Holdings, Inc.**                                    Case No.  **15-**

Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Fratelli Mariani S.P.A. | Fratelli Mariani S.P.A.<br>20032 Cormano (MI)<br>Via Cadoena, 34   Italy<br>dige@fratellimariani.it<br>+39 02 610344.1 | Raw Material | | $37,234 |
| Luvata Appleton LLC | Luvata Appleton LLC<br>P.O. Box 1714<br>Appleton, WI   54912<br>rudy.budiac@lucata.com<br>920-749-3838 | Raw Material | | $36,503 |
| UPMC Health Benefits Inc. | UPMC Health Benefits Inc.<br>600 Grant St<br>Pittsburgh, PA 15219<br>kennyc@upmc.edu<br>717-541-5723 | Workers Compensation Insurance | | $34,615 |
| B & Z Galvanized Industry | B & Z Galvanized Industry<br>20473 Valley Blvd<br>Walnut, CA   91789<br>bz_galvanized@yahoo.com<br>626-966-6296 | Raw Material | | $32,014 |
| The Borough of Hanover | The Borough of Hanover<br>44 Frederick Street<br>Hanover, PA   17331<br>717-637-3877 | Water and Sewer Utilities | | $28,840 |
| McGladrey PPL | McGladrey PPL<br>100 International Drive, Suite 1400<br>Baltimore, MD   21202<br>amanda.ward@mcgladrey.com<br>410-246-9300 | Professional Fees | | $25,545 |
| Fedex Freight | Fedex Freight<br>2200 Forward Drive<br>Harrison, AR   72602-0840<br>customersolutions@fedex.com<br>870-741-9000 | Freight | | $23,562 |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **Wire Company Holdings, Inc.**                                    Case No.   **15-**
                              Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M & M Pallet LLC | M & M Pallet LLC<br>1601 West King St, Suite 1<br>York, PA  17404<br>mmpallet@hotmail.com<br>717-845-4039 | Shipping Pallets | | $22,818 |
| Transply, Inc. | Transply, Inc.<br>1005 Vogelsong Road<br>PO Box 7727<br>York, PA  17404<br>szortman@transply.com<br>717-767-1005 | Machinery Maintenance Parts | | $22,350 |
| Donald B Smith | Donald B Smith<br>450 West Chestnut St<br>Hanover,PA 1731<br>717-632-2100 | Office Roof Replacement | | $20,450 |
| Compound Technology Inc | Compound Technology Inc<br>P O Box 1985<br>York,PA 17405-1985<br>cgehret@nmc-nic.com<br>717-845-8646 | Raw Materials | | $19,887 |
| Cintas Corporation | Cintas Corporation<br>P O Box 630803<br>Cincinnati,OH 45263-0803<br>lawrencej3@cintas.com<br>717-848-4787 | Uniforms / Supplies | | $15,964 |
| US Customs | US Customs<br>31 Hopkins Pl<br>Baltimore, MD 21201<br>410-962-3170 | Customs Duties | | $15,688 |
| North Industrial | North Industrial<br>P O Box 1985<br>York,PA 17405-1985<br>cgehret@nmc-nic.com<br>717-845-8646 | Raw Materials | | $14,941 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Wire Company Holdings, Inc.**                                   Case No.  **15-**
                                    Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Heatbath Corporation | Heatbath Corporation<br>P O Box 51048<br>Indain Orchard, MA 01151-5048<br>bfox@heatbath.com<br>413-452-2000 | Raw Materials | | $12,778 |
| Aetna | Aetna<br>175 Running Hill Rd<br>South Portland, ME 04106<br>bordens@aetna.com<br>614-933-8158 | Health Insurance | | $9,882 |
| Hanover Intermodal | Hanover Intermodal<br>316 Juniper Lane<br>Hanover, PA 17331<br>dean06@embarqmail.com<br>717-630-0700 | Transportation Services | | $9,797 |
| Met-Ed | Met-Ed<br>P O Box 16001<br>Reading, PA 19612-6001<br>800-962-4848 | Electricity | | $8,783 |
| Saint Gobain | Saint Gobain<br>1795 Baseline Road<br>Grand Island, NY 14072<br>arnaud.nuzillat@saint-gobain.com<br>716-775-3900 | Raw Materials | | $8,439 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Wire Company Holdings, Inc.**                                    Case No.  **15-**

                              Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 8, 2015**          Signature  *[signature]*

**Sandeep Gupta**
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.