# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | WIRE COMPANY HOLDINGS, INC. |
| **Case Number:** | 15-12097-LSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 14, 2015 11:00 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

First Day Motions

**R / M #:**    22 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#4 - Order signed
#5 - Order signed
#6 - Order signed
#7 - Order signed
#8 - Order signed
#9 - Order signed
#10 - Order signed
#11 - Order signed
#12 - Interim Order signed*
#13 - Order signed
#14 - Hearing on bid procedures scheduled*
#15 - Revised Interim order due*

*Hearing on 10/27/15 at 10:00